# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK FREEMAN,**<br>2720 Wisconsin Ave., NW, #503,<br>Washington, DC 20007,<br><br>    Plaintiff,<br><br>    v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Serve: Pam Bondi, U.S. Attorney General<br>      c/o Jolene Ann Lauria<br>      Asst. Attorney General for Administration<br>      Department of Justice<br>      950 Pennsylvania Ave.<br>      Washington, D.C. 20530-0001<br><br>Serve: Edward R. Martin, Jr.<br>      U.S. Attorney for the District of Columbia<br>      601 D Street, NW<br>      Washington, D.C. 20579<br><br>    and<br><br>**SHEILA B. ARBURY,**<br>3236 38th St. NW,<br>Washington, DC 20016,<br><br>    Defendants. | Civil Action No. 1:25-cv-548 |

## COMPLAINT
### (Negligence/Personal Injury)

Plaintiff, Mark Freeman, by undersigned counsel, sues Defendant, United States of America ("Defendant US"), and Defendant, Sheila B. Arbury ("Defendant Arbury"), for negligence and related personal injuries and damages, and in support thereof, alleges as follows:

**JURISDICTION AND VENUE**

1. Jurisdiction of this Court is founded upon the Federal Tort Claims Act, 28 U.S.C. §2671, *et seq.* and 28 U.S.C. §1346(b), as amended, and upon 28 U.S.C. §1367(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b)(2) and (e), and 28 U.S.C. §1402(b), as the complained of acts and omissions occurred within the District of Columbia.

**PARTIES & FACTS**

3. At all times relevant hereto, Defendant United States of America operated the United States Postal Service ("USPS") as a federal agency within the meaning of 28 U.S.C. §2671.

4. At all times relevant hereto, Noele Celes Green was an employee of the USPS and an employee of the United States of America within the meaning of 28 U.S.C. §2671.

5. At all times relevant hereto, Defendant Arbury was a U.S. citizen and resident of the District of Columbia.

6. On or about September 23, 2023, at approximately 11:00 a.m., Plaintiff was a pedestrian lawfully walking in a crosswalk and was crossing Garfield Street, NW under a "walk" signal at the intersection with Wisconsin Avenue, NW in Washington, DC.

7. At the same time and place, Noele Celes Green was operating a motor vehicle owned by the USPS and was making a left turn from Wisconsin Avenue, NW onto Garfield Street, NW Washington DC.

8. The USPS motor vehicle driven by Noele Celes Green negligently and violently collided with Plaintiff who was lawfully walking in the crosswalk at said intersection.

9. After being violently thrown to the pavement by the USPS motor vehicle, Plaintiff was then negligently run over by a motor vehicle operated by Defendant Arbury.

## COUNT I -NEGLIGENCE/*RESPONDEAT SUPERIOR*
### (Defendant US)

10. Plaintiff adopts and incorporates by reference paragraphs 1 through 9.

11. Noele Celes Green was acting within the scope of her employment with the USPS at the time of the collision in that she was driving in performance of her job duties on behalf of and/or for the benefit of the USPS, her employer.

12. Noele Celes Green owed a duty to Plaintiff to operate the USPS motor vehicle in accordance with traffic regulations and with ordinary and reasonable care so as not to cause harm to pedestrians lawfully using the roadway crosswalks, and to Plaintiff in particular.

13. Noele Celes Green breached her duty of reasonable and ordinary care to Plaintiff by operating the USPS motor vehicle in a negligent and reckless manner by acts and omissions including but not limited to:

    A. failing to exercise reasonable care and operate the USPS motor vehicle in a safe and reasonable manner under the circumstances then and there existing and in accordance with the District of Columbia traffic and motor vehicle laws;

    B. failing to pay proper time and attention to lawful pedestrian traffic and/or lawful pedestrian traffic conditions then and there existing;

    C. failing to maintain proper and adequate control over the USPS motor vehicle;

    D. failing to pay proper attention and to keep a proper lookout;

    E. failing to stop, yield, and/or to otherwise operate the USPS motor vehicle in such a way so as to avoid a collision with pedestrians lawfully using the roadway

3

crosswalk;

  F. operating the USPS motor vehicle in a reckless manner and with wanton disregard for Plaintiff's safety;

  G. failing to control the speed of her motor vehicle do as not to cause a collision with pedestrians lawfully using the roadway crosswalk; and,

  H. failing to operate the USPS motor vehicle in other respects not now known to Plaintiff, but which may become known before or at the time of trial.

14. As a direct result of the above, Noele Celes Green caused the USPS motor vehicle to collide violently into the Plaintiff, without any negligence on the part of the Plaintiff contributing thereto.

15. As a direct and proximate result of the actions of Noele Celes Green, as described above, Plaintiff suffered severe and permanent physical injury, fear, pain, suffering, and significant emotional distress and mental anguish, and has incurred medical bills and related expenses.

16. Plaintiff presented a claim to the USPS, National Tort Center, at 1720 Market St., Rm. 2400, St. Louis, MO 63155-9948, for the injuries and damages described above on September 23, 2023. More than six months have passed since the claim for damages was presented to USPS, but USPS has failed to make a final denial or final disposition of Plaintiff's claim. As such, and at the option of Plaintiff, the claim is deemed to be denied for jurisdictional purposes.

17. As Noele Celes Green's employer and pursuant to the doctrine of *respondeat superior*, Defendant US is responsible for all acts committed by Noele Celes Green Jr. within the scope of her employment.

18. Defendant US, if a private person, would be liable to the Plaintiff, in accordance

4

with the laws of the District of Columbia, for the damages claimed herein.

**WHEREFORE**, Plaintiff, Mark Freeman, prays this honorable Court for judgment against Defendant, United States of America, in the amount of $5,000,000.00 in compensatory damages, jointly and severally, plus interest and costs, and such other relief as this Court deems appropriate.

### COUNT II - NEGLIGENCE
**(Defendant Arbury)**

19. Plaintiff adopts and incorporates by reference paragraphs 1 through 18.

20. Defendant Aubrey owed a duty to Plaintiff to operate her motor vehicle in accordance with traffic regulations and with ordinary and reasonable care so as not to cause harm to pedestrians lawfully using the roadway crosswalks, and to Plaintiff in particular.

21. Defendant Aubrey breached her duty of reasonable and ordinary care to Plaintiff by operating her motor vehicle in a negligent and reckless manner by acts and omissions including but not limited to:

   A. failing to exercise reasonable care and operate her motor vehicle in a safe and reasonable manner under the circumstances then and there existing and in accordance with the District of Columbia traffic and motor vehicle laws;

   B. following other vehicles on the roadway too closely causing her failure to observe Plaintiff helplessly situated in the roadway;

   C. failing to maintain proper and adequate control over her motor vehicle;

   D. failing to pay proper attention and to keep a proper lookout so as to avoid colliding with Plaintiff;

   E. failing to stop, yield, and/or to otherwise operate her motor vehicle in such

a way so as to avoid the collision with Plaintiff;

      F.     operating her motor vehicle in a reckless manner and with wanton disregard for Plaintiff's safety;

      G.     failing to control the speed of her motor vehicle so as not to cause the collision with Plaintiff; and,

      H.     failing to operate her motor vehicle in other respects not now known to Plaintiff, but which may become known before or at the time of trial.

22.    As a direct result of the above, Defendant Arbury caused her motor vehicle to violently collide with the Plaintiff, without any negligence on the part of the Plaintiff contributing thereto.

23.    As a direct and proximate result of the actions of Defendant Arbury, as described above, Plaintiff suffered severe and permanent physical injury, fear, pain, suffering, and significant emotional distress and mental anguish, and has incurred medical bills and related expenses.

**WHEREFORE**, Plaintiff, Mark Freeman, prays this honorable Court for judgment against Defendant, Sheila B. Arbury, in the amount of $5,000,000.00 in compensatory damages, jointly and severally, plus interest and costs, and such other relief as this Court deems appropriate.

February 24, 2025                        Respectfully submitted,

                                                /s/Jacob J. Cecere, Esq.
                                                Jacob J. Cecere, Esq., DC Bar #13003
                                                CECERE LAW, LLC
                                                14660 Rothgeb Drive, Suite 101
                                                Rockville, Maryland 20850
                                                O: (301) 948-6363
                                                F:  (301) 340-7228
                                                E:  jcecere@cjlaw.net
                                                Counsel for Plaintiff